UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIILU NEEMA WASHINGTON,<br><br>　　　　　Petitioner,<br><br>　　　v.<br><br>RAYMOND MADDEN, Warden,<br><br>　　　　　Respondent. | Case No. CV 17-6449- ODW(JC)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 by a Person in State Custody ("Petition"), including the attachments thereto, respondent's Motion to Dismiss the Petition ("Motion to Dismiss") and the documents submitted in connection therewith, and all of the records herein, including the July 23, 2018 Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"). The Court approves and accepts the Report and Recommendation.

IT IS HEREBY ORDERED that (1) the Motion to Dismiss is granted; (2) the Petition and this action are dismissed for the reasons explained in the Report and Recommendation; and (3) Judgment be entered accordingly.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on petitioner and on respondent's counsel.

IT IS SO ORDERED.

DATED: _August 29, 2018



_____
HONORABLE OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE