UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIILU NEEMA WASHINGTON,<br><br>Petitioner,<br><br>v.<br><br>RAYMOND MADDEN, Warden,<br><br>Respondent. | Case No. CV 17-6449- ODW(JC)<br><br><br><br>JUDGMENT |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 by a Person in State Custody and this action are dismissed.

IT IS SO ADJUDGED.

DATED: _August 29, 2018

_____
HONORABLE OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE